UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Mundell Land and Livestock Company**

    v.

**George Geoffrey Kenefick, et al,**

**DEFAULT JUDGMENT**

Case No.  2:14-CV-618 KJM EFB

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

    **Asset Acceptance, LLC, George Geoffrey Kenefick, State of CA Franchise Tax Board**

January 12, 2015

VICTORIA C. MINOR, CLERK

By: /s/ L. Reader, Deputy Clerk